# First District Court of Appeal
## State of Florida

——————————————

No. 1D17-3478

——————————————

Colby Allen Smith,

Petitioner,

v.

State of Florida,

Respondent.

——————————————

Petition for Writ of Habeas Corpus — Original Jurisdiction.

May 18, 2018

Per Curiam.

Dismissed. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

Wolf, Roberts, and Wetherell, JJ., concur.

——————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

——————————————

Rocco Joseph Carbone, III, of Rocco Joseph Carbone, III, PLLC, St. Augustine, for Petitioner.

Pamela Jo Bondi, Attorney General, and Steven Edward Woods, Assistant Attorney General, Tallahassee, for Respondent.